UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSCOE CHAMBERS, | : | CIVIL NO: 1:19-CV-01054 |
| Plaintiff, | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| B. FUNK, | : | |
| Defendant. | : | |

**ORDER**
October 27, 2020

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Chambers's motion (*doc. 36*) for reconsideration is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge